IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALVATORE DiNAPOLI, MICHELLE NEESE, and CHRISTOPHER FLYNN, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 09-5924 |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 8, and THE WALNUT STREET THEATER CORPORATION | : : : : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 18th day of March, 2011, it is hereby **ORDERED** that:

1. Upon consideration of Plaintiffs' Motion to Compel Discovery Responses from Defendant International Alliance of Theatrical Stage Employees Local 8 and Defendant International Alliance of Theatrical Stage Employees Local 8's Response thereto, said Motion is **DENIED**;

2. Upon consideration of Plaintiffs' Motion to Compel Discovery Responses and/or Supplemental Responses from Defendant The Walnut Street Theater Corporation and Defendant The Walnut Street Theater Corporation's Response thereto, said Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE